IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN J. LYONS,<br><br>           Plaintiff,<br><br>vs.<br><br>YORK COUNTY BOARD OF COMMISSIONERS, DANIEL GROTZ, in his official capacity as a member of the York County Board of Commissioners; KURT BULGRIN, in his official capacity as a member of the York County Board of Commissioners; BILL BAMESBERGER, in his official capacity as a member of the York County Board of Commissioners; RANDY OBERMIER, in his official capacity as a member of the York County Board of Commissioners; and JACK SIKES, in his official capacity as a member of the York County Board of Commissioners;<br><br>           Defendants. | **4:21CV3296**<br><br>**ORDER** |

      The parties have notified the court that a Rule 12(c) motion is anticipated that will address each of the claims and counterclaims in this action. The parties agree it would be prudent to resolve this motion prior to the filing of a Rule 26(f) report.

      Accordingly,

      IT IS ORDERED:

1) The Rule 26(f) Report deadline is continued.

2) Plaintiff shall file the anticipated Rule 12(c) motion on or before January 3, 2022. Should Plaintiff elect not to do so, Plaintiff's counsel shall notify

Defendants' counsel and the parties shall prepare and submit their Rule 26(f) report within twenty-one (21) days after such notification.

3) The briefing schedule for the anticipated motion shall be as follows:

   a. Plaintiff's brief and any supporting documentation shall be filed concurrently with the Rule 12(c) motion in accordance with the Local Rules.

   b. Any opposing brief and supporting documentation shall be filed on or before February 3, 2022.

   c. Any reply brief and supporting documentation shall be filed on or before February 10, 2022.

4) If the claims and counterclaims are not fully resolved by the anticipated motion, the parties shall file a Rule 26(f) Report within twenty-one (21) days following the ruling on the motion.

5) The clerk shall set an internal case management deadline of January 3, 2022.

Dated this 9th day of December, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge